UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RENEE COLEMAN-MITCHELL | : | CIVIL ACTION NO. 3:22CV00647(JCH) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF PUBLIC HEALTH, | : | |
| JOHN DOE 1-3 | : | |
| *Defendants* | : | APRIL 13, 2023 |

### JOINT STATUS REPORT

Pursuant to Judge Janet C. Hall's Order issued on April 3, 2023 (Doc. # 44) to file a Joint Status Report by April 17, 2023, the plaintiff and the defendant, State of Connecticut, Department of Public Health ("DPH"), submit the following:

**(a) STATUS OF CASE**

Plaintiff filed her Complaint (Doc. # 1) on May 9, 2022; DPH was served and defense counsel, AAG Rodriguez, filed her Appearance for DPH, only, on May 31, 2022 (Doc. # 12). AAG Ennis filed her Appearance for DPH, only, on June 10, 2022 (Doc. # 22).

DPH filed its Answer on July 5, 2022 (Doc. # 24). The parties filed their Report of Rule 26(f) Parties' Planning Meeting on July 13, 2022 (Doc. # 25). A Scheduling Order Regarding Case Management Plan was issued on July 21, 2022 (Doc. # 27).

A Damage Analysis for any party with a claim or counter claim for damages was to be filed by October 14, 2022. (Doc. # 27). On October 21, 2022, plaintiff served her damages assessment on DPH.

On March 21, 2023, plaintiff's attorney, Josephine Miller, filed a motion to withdraw from the case (Doc. # 41) and her motion was granted on March 22, 2023 (Doc. # 42). On

March 27, 2023, plaintiff's attorney, Cynthia Jennings, filed a motion for extension of time for discovery due to the withdrawal of Attorney Miller (Doc. # 43).  On April 3, 2023, the Court granted the plaintiff's motion (Doc. # 44) and extended the deadlines as follows:

> Status Report due by April 17, 2023;
>
> Discovery due by July 1, 2023;
>
> Dispositive Motions due by August 16, 2023;
>
> Trial Brief due by August 16, 2023 or 30 days after ruling on summary judgment motion.

**Written Discovery**

The parties have exchanged their first sets of Interrogatories and Requests for Production and responded, with an agreement to resolve any outstanding issues until after the plaintiff received over 10,000 pages of documents as part of an FOI request.  The plaintiff has received the documents and the parties are in discussion regarding remaining discovery issues with a meeting planned for April 19, 2023.

**Depositions**

Depositions have not been noticed at this time.  Defendant had discussed dates with plaintiff's counsel for plaintiff's deposition but has postponed the deposition due to the granting of the extension of time.

**(b) INTEREST IN SETTLEMENT**

The parties filed a joint request for settlement conference on June 1, 2022, and had a settlement conference with Magistrate Judge Martinez on July 19, 2022.  The parties were unable to settle the matter.  At this time, DPH is not interested in settlement.

**(c) TRIAL WITH MAGISTRATE JUDGE**

The parties do not consent to a trial before a Magistrate Judge.

**(d) ESTIMATED TRIAL LENGTH**

At this time, it is unclear to either the plaintiff or DPH, how long a trial in this matter will take.

**RESPECTFULLY SUBMITTED,**

| | |
|---|---|
| PLAINTIFF,<br>RENEE COLEMAN-MITCHELL | DEFENDANT,<br>STATE OF CONNECTICUT,<br>DEPARTMENT OF PUBLIC HEALTH |

By:  */s/ Cynthia R. Jennings*
     Cynthia R. Jennings, Esq. (ct21797)
     Law Offices of Cynthia R. Jennings
     86 Hartland Street
     Hartford, CT  06112
     Tel: (860) 883-6947
     Email: attorneyjennings@gmail.com

By:  */s/ Maria C. Rodriguez*
     Maria Rodriguez. AAG (ct08946)
     Attorney General's Office
     165 Capitol Avenue, 4th Floor
     Hartford, CT  06106
     Tel: (860) 808-5050
     Email: mariac.rodriguez@ct.gov

By:  */s/ Carolyn Ennis*
     Carolyn Ennis, AAG (ct28485)
     Attorney General's Office
     165 Capitol Avenue, Suite 5000
     Hartford, CT  06106
     Tel: (860) 808-5340
     Email: carolyn.ennis@ct.gov

## CERTIFICATION

I hereby certify that on April 13, 2023, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                      */s/ Maria Rodriguez*
                                                      Maria Rodriguez (#ct08946)
                                                      Assistant Attorney General