UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RENEE COLEMAN-MITCHELL | : | CIVIL ACTION NO. 3:22-cv-00647 (JCH) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF PUBLIC HEALTH, | : | |
| JOHN DOE 1-3 | : | |
| *Defendants* | : | JULY 10, 2023 |

### MOTION TO DISMISS FOR FAILURE TO OBEY COURT ORDER
### RE: FAILURE TO POST SECURITY FOR COSTS

Pursuant to Local Rule 83.3(a), the Defendant, State of Connecticut, Department of Public Health, moves for an order dismissing the above-captioned matter based on the Plaintiff's failure to post a bond as security for costs as ordered by the Court on June 7, 2023 (Hall, J.). The Defendant filed a Motion for Security for Costs on May 5, 2023 (Doc. # 47) requesting that the Plaintiff post a bond in the amount of Five Hundred Dollars ($500.00). The Court granted the motion on June 7, 2023, ordering the Plaintiff to file a bond as security for costs in this action within thirty (30) days from that date. (Doc. # 48)

Despite the passage of that deadline to post bond on July 7, 2023, the Court's website does not reflect that the bond has been posted nor has any documentation been supplied indicating that it has been posted as ordered by the Court.

The Court has the inherent power to dismiss a case pursuant to Local Rule 83.3(a) and Fed. R. Civ. P. 41(b) if the bond has not been posted as ordered. Rule 41(b) states in relevant part that "If the plaintiff fails to prosecute or to comply with these rules <u>or a court order</u>, a defendant may move to dismiss the action or any claim against it." (Emphasis added.) Fed. R. Civ. P. 41(b). Local Rule 83.3(a) in states in relevant part that, "Noncompliance with an order entered

1

hereunder may be grounds for summary dismissal or default upon application by a party and notice to the non-complying party." D.Conn. L. Civ. R. 83.3(a).

The Defendant moves for dismissal of this action on both grounds. The Court has entered such dismissals in the past for noncompliance with orders that a security for costs be posted. *See* Order of Dismissal, *Czaja v. State of Connecticut, et al.,* 3:07-cv-1858 (JBA) (Doc. # 17, dismissed with prejudice); *see also Martin v. Bailey, et al.*, 3:12-cv-01384 (JAM) (Doc. # 19); *see also Benchmark Trading, LTD. et al v. Lamont*, 3:20-cv-01078 (VAB) (Doc. #57).

WHEREFORE, the Defendant moves pursuant to Local Rule 83.3 and Fed. R. Civ. P. 41(b), for an order dismissing with prejudice the above-captioned matter for failure to post the bond as ordered.

DEFENDANT,
STATE OF CONNECTICUT,
DEPARTMENT OF PUBLIC HEALTH

By:   /s/ *Maria C. Rodriguez*
Maria Rodriguez (ct08946)
Carolyn Ennis (ct28485)
Assistant Attorneys General
Office of the Attorney General
165 Capitol Avenue
Hartford, CT  06106
Tel: (860) 808-5050
Fax.: (860) 808-5388
Email:  Maria.Rodriguez@ct.gov
Carolyn.Ennis@ct.gov

## CERTIFICATION

I hereby certify that on July 10, 2023, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                          /s/ *Maria Rodriguez*
                          Maria Rodriguez (#ct08946)
                          Assistant Attorney General