UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RENEE COLEMAN-MITCHELL | : | CIVIL ACTION NO. 3:22CV00647(JCH) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF PUBLIC HEALTH, | : | |
| JOHN DOE 1-3 | : | |
| *Defendants* | : | JULY 12, 2023 |

## JOINT STATUS REPORT

Pursuant to Judge Janet C. Hall's Scheduling Order (Doc. # 27), a Joint Status Report is due every ninety (90) days. The last Joint Status Report (Doc. # 45) was filed on April 13, 2023, therefore, a Joint Status Report is due on July 12, 2023.  The plaintiff and the defendant, State of Connecticut, Department of Public Health ("DPH"), submit the following:

**(a) STATUS OF CASE**

Plaintiff filed her Complaint (Doc. # 1) on May 9, 2022; DPH was served and defense counsel, AAG Rodriguez, filed her Appearance for DPH, only, on May 31, 2022 (Doc. # 12). AAG Ennis filed her Appearance for DPH, only, on June 10, 2022 (Doc. # 22).

DPH filed its Answer on July 5, 2022 (Doc. # 24).  The parties filed their Report of Rule 26(f) Parties' Planning Meeting on July 13, 2022 (Doc. # 25).  A Scheduling Order Regarding Case Management Plan was issued on July 21, 2022 (Doc. # 27).

A Damages Analysis for any party with a claim or counter claim for damages was to be filed by October 14, 2022.  (Doc. # 27).  On October 21, 2022, plaintiff served her damages assessment on DPH.

On March 21, 2023, plaintiff's attorney Josephine Miller filed a motion to withdraw from the case (Doc. # 41) and her motion was granted on March 22, 2023 (Doc. # 42). On March 27, 2023, plaintiff's attorney, Cynthia Jennings, filed a motion for extension of time for discovery due to the withdrawal of Attorney Miller (Doc. # 43). On April 3, 2023, the Court granted the plaintiff's motion (Doc. # 44) and extended the deadlines as follows:

Discovery due by July 1, 2023;

Dispositive Motions due by August 16, 2023;

Trial Brief due by August 16, 2023, or 30 days after ruling on summary judgment motion.

On June 13, 2023, counsel for defendant, DPH, filed a motion for extension of time to extend discovery to July 6, 2023, to take the plaintiff's deposition. (Doc. #49). The Court granted the defendant's motion and extended discovery until July 6, 2023, for the purpose of taking plaintiff's deposition. (Doc. # 50).

**Written Discovery**

Written discovery has ended.

**Depositions**

The plaintiff's deposition was taken on July 6, 2023. It was discovered during the deposition that the plaintiff had not provided names of individuals she sought counseling with, and plaintiff's counsel indicated that the names and addresses would be provided so defense counsel can obtain medical records.

**(b) INTEREST IN SETTLEMENT**

The parties filed a joint request for settlement conference on June 1, 2022, and had a settlement conference with Magistrate Judge Martinez on July 19, 2022. The parties were unable

to settle the matter.  The matter was referred to Magistrate Martinez on April 14, 2023, to see if mediation would be productive (Doc. # 46) and mediation is scheduled for August 23, 2023.

**(c) TRIAL WITH MAGISTRATE JUDGE**

The parties do not consent to a trial before a Magistrate Judge.

**(d) ESTIMATED TRIAL LENGTH**

At this time, it is unclear to either the plaintiff or DPH, how long a trial in this matter will take.


**RESPECTFULLY SUBMITTED,**

| PLAINTIFF, | DEFENDANT, |
|---|---|
| RENEE COLEMAN-MITCHELL | STATE OF CONNECTICUT, |
|  | DEPARTMENT OF PUBLIC HEALTH |

By:  */s/ Cynthia R. Jennings*  
      Cynthia R. Jennings, Esq. (ct21797)  
      Law Offices of Cynthia R. Jennings  
      86 Hartland Street  
      Hartford, CT  06112  
      Tel: (860) 883-6947  
      Email:  attorneyjennings@gmail.com

By:  */s/ Maria C. Rodriguez*  
      Maria Rodriguez. AAG (ct08946)  
      Attorney General's Office  
      165 Capitol Avenue, 4th Floor  
      Hartford, CT  06106  
      Tel: (860) 808-5050  
      Email: mariac.rodriguez@ct.gov

By:  */s/ Carolyn Ennis*  
      Carolyn Ennis, AAG (ct28485)  
      Attorney General's Office  
      165 Capitol Avenue, Suite 5000  
      Hartford, CT  06106  
      Tel: (860) 808-5340  
      Email: carolyn.ennis@ct.gov

## **CERTIFICATION**

I hereby certify that on July 12, 2023, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Maria Rodriguez*
Maria Rodriguez (#ct08946)
Assistant Attorney General